

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-16-00816-CR

Gilbert **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0226-CR-C
Honorable William Old, Judge Presiding

## O R D E R

Court reporter Lori Schmid has filed a notification of late reporter's record, requesting an additional thirty days to file the reporter's record. We GRANT the extension and ORDER Lori Schmid to file the reporter's record on or before April 3, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court